IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

BILLY FERGUSON,

          Plaintiff,

v.                              CIVIL ACTION NO.   3:16-0452

MEDICAL ADMINISTRATOR,

          Defendant.

**MEMORANDUM OPINION AND ORDER**

      This action was referred to the Honorable Cheryl A. Eifert, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B).  The Magistrate Judge has submitted findings of fact and recommended that the complaint be dismissed and this matter be removed from the docket of the Court.  Neither party has filed objections to the Magistrate Judge's findings and recommendations.

      Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and **DISMISSES** the complaint and removes this matter from the docket of the Court, consistent with the findings and recommendations.

      The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

                              ENTER:      March 14, 2017

                              ROBERT C. CHAMBERS, CHIEF JUDGE